# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| TRAYON JOEY THOMAS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV419-127 |
| SHERIFF JOHN T. WILCHER, et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

This Court previously recommended the dismissal of plaintiff's complaint for failure to return appropriate forms. Doc. 4. Plaintiff has now returned those forms. Doc. 6 & doc. 8. Accordingly, the Court **VACATES** its prior Report and Recommendation. Doc. 4. The Court will screen plaintiff's complaint in a separate order.

**SO ORDERED,** this 17th day of October, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA