IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TRAYON JOEY THOMAS a/k/a
RAHARRAKTE SAHU ATUM-RAYAY,

    Plaintiff,

  v.

SHERIFF JOHN T. WILCHER, et al.,

    Defendants.

CIVIL ACTION NO.: 4:19-cv-127

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's April 22, 2022 Report and Recommendation, (doc. 10), to which no party has filed an objection.[1] The Court **ADOPTS** the Report and Recommendation as its opinion. For the reasons discussed by the Magistrate Judge, this case is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 27th day of May, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] In fact, the Court's mailing was retuned as undeliverable, with the notations: "Return to Sender, Not Deliverable as Addressed[.]" Doc. 11 at 1. Plaintiff's failure to notify the Court of any change in address provides another reason for dismissal. *See* Local R. 11.1.